**FILED**

**JUN 2 2 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

ALI ADEL MOTALEB AWEID AL KHAIY
Camp Delta
Washington, D.C. 20355

        Petitioner

    v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

        Respondents

Leave to file without
Prepayment of Cost **GRANTED**

*/s/ Ricardo M. Urbina*

Civil Action No.

CASE NUMBER   1:05CV01239

JUDGE: Richard J. Leon

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T02094
In the name of Allah, the most gracious, the most merciful.
To the respectful: Judge.
This is an application for the rite of habeas corpus procedures.
I request from you, the civilian judge, to go through my case-file no.xxx-for I'm in need of a lawyer assigned by you to talk directly to me; the lawyer shall understand why I'm in dire need for your assistance. As I'm in a critical position vis-à-vis some silly accusations, made against me and were not mentioned to the military tribunal, because, the interrogators were trying to implicate me or hide the truth in my case, so as to send me to the government of Iraq loaded with accusations and a guilt that I didn't commit. They said 'the new Iraqi government might take with you strict actions and then, I would be unable to defend myself before such accusations which bear the capital punishment. And when you assign me a lawyer, I would explain to him my real situation which is difficult for me to explain on this papers and then, you shall find out that my situation is very critical as I'm faced with accusations from all sides, particularly, since the court has classified me as enemy combatant without sufficient grounds.
And since I had no knowledge as to how to defend my self, I request you to send me, as soon as possible, a lawyer from the ICRC or a civilian lawyer from the United States of America who is able to find out the truth in my case; deciding in my case may seem easy to you, however, there're hidden and complicated things that you need to know.
As I belong to a poor family, who are helpless, unable to assist me and would feel alarmed asking the government any questions and as they are not aware of the true situation I'm in.
And I want to inform you that I'm in more danger than before, because, I'm threatened with death from most of the prisoners, specially, the Arabs; not only they are threatening to kill me, but my family too and they vowed and said, 'money is not an issue for us and we will not let you live' and the ICRC is aware of this as well as the officials and the interrogators in the camp. I refuse to go back to Iraq, since I'm threatened from the government and the Arab community and the lawyer shall understand the complete matter only if he/she decided to meet with me personally.
And as to the interrogation file, it's not of value, since it was based on false grounds and not according to the truth.
The lawyer will represent me before the court and will also explain everything to your court.
With all my respect,
Ali Adel Motaleb Aweid Al Khaiy.
Nationality: Iraqi.
Date of birth: 1974.
ISN: xxx
Signed.
04.14.2005.

بسم الله الرحمن الرحيم

السيد القاضي المحترم

وعن طريق الأجراء ... لدرت أث هبييييس كوربس .
السيد القاضي المحترم أرجومنكم الاطلاع على قضيتي ورقم
الملف هو (١١١١) بحيث أني أحتاج الى محامي من
جهتكم لمقابلتي والتكلم معي مباشرة وسوف يقوم أنت
بجلب شديدة لمساعدتكم ولكوني بوضع مع من قبل
بجميع الاتهامات السخيفة التي لم تذكر للمحكمة العسكرية
لكن المحققين يحاولون معي او اخفاء حقيقة القضية
وذلك لكي يرسلوني الى الحكومة العراقية بتهمة وبذنب
لم أرتكبه وقد قالو معكم الحكومة الجديدية أن تتخذ
معك أجراء هام وأنا لا أستطيع الدفاع عن نفسي أمام هذه
الاتهامات الموديّة الى الاعدام وعندما تحققو معي حاجتي
مسوف أبيّن لهُ الوضع الحقيقي الذي أنا فيه والذي يجب
لي متحمه هُنا على كل الورق وسوف يتم لكم التكلم من أن

RECEIVED
MAY 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
JUN — 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1239

وضعي محرج جداً ولا أجد سوى الانقامات من كل كانت وهموماً أن المحكمة أجررت وأعلنت بشخصيتي مقاتل عدو وهذا شيء بدون سبب ولكن يكفي لا أملك معرفة الدفاع عن نفسي نفسي أرجوكم أرسال محلس لي بأسرع وقت ولو كان هذا المحامي من الصليب الأحمر أرمت بهمة مدنية للولايات المتحدة الأمريكية قادراً على الوصول لحقيقة تطبيقي التي تبدو لكم سهلة ولكن الحقيقة هناك أشياء مخفية وصعبة جداً.

وبكوني من عائلة فقيرة لا يملكون حتى شي لمساعدتي بل حتى يخافون من توجيه أي سؤال للحكومة ويكونهم لا يعرفون حقيقة الأمر الذي أنا فيه.

وأود أبلاغكم بأني أصبحت في خطر أشد من السابق لأني بهدد بالقتل من قبل أكبر السجناء وما به العرب وليس قتلي فقط بل وكذلك وقد

RECEIVED
MAY 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(3د)

GUAN-2005-T 01964
T 02094

تقسم بالله وأقسم وقالوا لت تقبضنا الأموال ولكن سوف لن نترك للحياة والطبيب الأمريكي علم بذلك والمسؤلية من المعسكر والمحققين وأنا أرفض الرجوع الى العراق بكوني مهدد من قبل الحكومة وجماعة العرب وسوف يفهم المحامي هذا المحور كاملاً لو أراد مقابلتي شخصياً أما جوهر ملف التحقيق مزوعينهم سبب هذا الملف كتب على أساس غير صحيح وغير مطابق للحقيقة. وسوف يمثلني أمام المحكمة وكذلك شرح القضية كاملاً بمحكمتكم

وأحترامي الى ممثلكم المحترم

RECEIVED
MAY 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT