# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY )<br>Camp Delta )<br>Washington, D.C. 20355 )<br>)<br>     Petitioner )<br>)<br>     v. )<br>)<br>GEORGE W. BUSH, President of )<br>the United States )<br>)<br>DONALD RUMSFELD, Secretary, )<br>United States Department of )<br>Defense )<br>)<br>JAY HOOD, Army Brigadier General,)<br>Commander, Joint Task Force-GTMO )<br>)<br>MICHAEL I. BUMGARNER, Army )<br>Colonel, Commander, Joint )<br>Detention Operations Group-JTF- )<br>GTMO )<br>)<br>     Respondents ) | **APPEARANCE**<br><br>CIVIL ACTION NO.<br><br>1:05-CV-01239-RJL |

To the Clerk of this court and all parties of record:

Please enter the appearance of W. Carl Lietz III as counsel in this case for Ali Adel Motaleb Aweid Al Khaiy.

November 1, 2005                    /s/ *W. Carl Lietz III*
                                    W. CARL LIETZ III
Georgia State Bar No. 452080        Federal Defender Program, Inc.
                                    Suite 1700, The Equitable Bldg.
                                    100 Peachtree Street, N.W.
                                    Atlanta, Georgia 30303
                                    404-688-7530; Fax 404-688-0768
                                    carl_lietz@fd.org