## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY )<br>Camp Delta )<br>Washington, D.C. 20355 )<br>  )<br>     Petitioner  )<br>  )<br>   v.   )<br>  )<br>GEORGE W. BUSH, President of )<br>the United States )<br>  )<br>DONALD RUMSFELD, Secretary, )<br>United States Department of )<br>Defense )<br>  )<br>JAY HOOD, Army Brigadier General,)<br>Commander, Joint Task Force-GTMO )<br>  )<br>MICHAEL I. BUMGARNER, Army )<br>Colonel, Commander, Joint )<br>Detention Operations Group-JTF- )<br>GTMO )<br>  )<br>     Respondents )   | **NOTICE OF SUBSTITUTION<br>OF COUNSEL**<br><br>CIVIL ACTION NO.<br><br>1:05-CV-01239-RJL |

Notice is hereby given to the Clerk and all parties in this action that Brian Mendelsohn will substitute for Warren Carl Lietz, III, as counsel in this case for Ali Adel Motaleb Aweid Al Khaiy. (Signatures on next page)

December 19, 2005                    /s/ *Warren Carl Lietz, III*
                                     WARREN CARL LIETZ, III
                                     Georgia State Bar No. 452080
                                     Federal Defender Program, Inc.
                                     Suite 1700, The Equitable Bldg.
                                     100 Peachtree Street, N.W.
                                     Atlanta, Georgia 30303
                                     404-688-7530; Fax 404-688-0768
                                     Carl_Lietz@fd.org


                                     */s/ Brian Mendelsohn*
                                     BRIAN MENDELSOHN
                                     Georgia State Bar No. 503031
                                     Federal Defender Program, Inc.
                                     Suite 1700, The Equitable Bldg.
                                     100 Peachtree Street, N.W.
                                     Atlanta, Georgia 30303
                                     404-688-7530; Fax 404-688-0768
                                     Brian_Mendlesohn@fd.org