# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY )<br>Camp Delta )<br>Washington, D.C. 20355 )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, President of )<br>the United States )<br>)<br>DONALD RUMSFELD, Secretary, )<br>United States Department of )<br>Defense )<br>)<br>JAY HOOD, Army Brigadier General,)<br>Commander, Joint Task Force-GTMO )<br>)<br>MICHAEL I. BUMGARNER, Army )<br>Colonel, Commander, Joint )<br>Detention Operations Group-JTF- )<br>GTMO )<br>)<br>Respondents ) | **CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**<br><br>CIVIL ACTION NO.<br><br>1:05-CV-01239-RJL |

Counsel for Petitioner, pursuant to L.Cv. R. 83.2(g), hereby certifies that he is representing Petitioner without compensation.

Respectfully submitted,

*/s/ Brian Mendelsohn*
BRIAN MENDELSOHN
Georgia State Bar No. 503031
Federal Defender Program, Inc.
Suite 1700, The Equitable Bldg.
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
Brian_Mendlesohn@fd.org