# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY | ) | |
|    Detainee, | ) | |
| | ) | |
|           *Petitioner*, | ) | ENTRY OF APPEARANCE |
| | ) | |
|       v. | ) | |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States | ) | 1:05-CV-01239-RJL |
| | ) | |
| DONALD RUMSFELD, | ) | |
|    Secretary, United States | ) | |
| | ) | |
| ARMY BRIG. GEN. JAY HOOD, | ) | |
|    Commander, Joint Task Force - GTMO | ) | |
| | ) | |
| ARMY COL. MIKE BUMGARNER, | ) | |
|    Commander, Joint Detention, GTMO | ) | |
| | ) | |
|           *Respondents*. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of W. Matthew Dodge as counsel for Petitioner Ali Adel Motaleb

Aweid Al Khaiy, ISN 111, in the above-captioned matter. (Brian Mendelsohn will remain as lead

counsel.)

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g) that he is representing

Petitioner without compensation.

This the 28th day of June, 2006.

Respectfully submitted,

/s/ *W. Matthew Dodge*
W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 224371

FEDERAL DEFENDER PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Matthew_Dodge@fd.org

## CERTIFICATE OF SERVICE

I, W. Matthew Dodge, certify that I have caused a true and accurate copy of the foregoing to

be served upon the following persons, by first-class United States mail, in addition to the service that

automatically occurs by virtue of my electronic filing of this document:

> Hon. Alberto R. Gonzales
> Attorney General of the United States
> U.S. Department of Justice
> Robert F. Kennedy Building
> Tenth Street & Constitution Ave., NW, Room 5111
> Washington, DC 20530
>
> Terry Henry, Esq., Senior Trial Attorney
> Andrew Warden, Esq., Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530
>
> Kenneth L. Wainstein
> United States Attorney for District of Columbia
> 555 4th Street, NW
> Washington, DC 20530

This 28th day of June, 2006.


                                        /s/ W. Matthew Dodge
                                        W. MATTHEW DODGE