IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY<br>    Detainee, | )<br>)<br>) | |
| *Petitioner*, | )<br>) | ENTRY OF APPEARANCE |
| v. | )<br>) | |
| GEORGE W. BUSH,<br>President of the United States | )<br>)<br>) | 1:05-CV-01239-RJL |
| DONALD RUMSFELD,<br>    Secretary, United States | )<br>)<br>) | |
| ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO | )<br>)<br>) | |
| ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention, GTMO | )<br>)<br>) | |
| *Respondents*. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Jeffrey L. Ertel as counsel for Petitioner Ali Adel Motaleb Aweid Al Khaiy, ISN 111, in the above-captioned matter. (Brian Mendelsohn will remain as lead counsel.)

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g) that he is representing Petitioner without compensation.

This the 28th day of June, 2006.

Respectfully submitted,

/s/ *Jeffrey L. Ertel*
JEFFREY L. ERTEL (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail:  Jeff_Ertel@fd.org

**CERTIFICATE OF SERVICE**

I, Jeffery L. Ertel, certify that I have caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

Hon. Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW, Room 5111
Washington, DC 20530

Terry Henry, Esq., Senior Trial Attorney
Andrew Warden, Esq., Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Kenneth L. Wainstein
United States Attorney for District of Columbia
555 4th Street, NW
Washington, DC 20530

This 28th day of June, 2006.

/s/ Jeffrey L. Ertel
JEFFREY L. ERTEL