# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY,  Detainee, | ) ) ) |
| *Petitioner*, | ) ) |
| v. | ) ) |
| GEORGE W. BUSH,  President of the United States | ) ) )   NO. 1:05-CV-1239-RJL |
| DONALD RUMSFELD,  Secretary, United States | ) ) ) |
| ARMY BRIG. GEN. JAY HOOD,  Commander, Joint Task Force - GTMO | ) ) ) |
| ARMY COL. MIKE BUMGARNER,  Commander, Joint Detention, GTMO | ) ) ) |
| *Respondents*. | ) |

## NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Petitioner hereby gives notice to all parties that his counsel has filed with the Court a signed *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*. *See* Exhibit 1.

Dated: July 10, 2006

Respectfully submitted,

/s/ W. Matthew Dodge
W. MATTHEW DODGE(Pursuant to LcvR 83.2(g))
Georgia State Bar No. 224371
FEDERAL DEFENDER'S PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768