IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY,<br>    Detainee,<br><br>            *Petitioner*,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention, GTMO<br><br>            *Respondents*. | NO. 1:05-CV-1239-RJL |

## NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Petitioner hereby gives notice to all parties that his counsel has filed with the Court a signed *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*. *See* Exhibit 1.

Dated: July 10, 2006

Respectfully submitted,

 /s/ Brian Mendelsohn
BRIAN MENDELSOHN(Pursuant to LcvR 83.2(g))
Georgia State Bar No. 502031
FEDERAL DEFENDER'S PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768