IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY,<br>    Detainee, | )<br>)<br>) |
|        *Petitioner*, | )<br>) |
| v. | )<br>) |
| GEORGE W. BUSH,<br>    President of the United States | )<br>)  NO. 1:05-CV-1239-RJL<br>) |
| DONALD RUMSFELD,<br>    Secretary, United States | )<br>)<br>) |
| ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO | )<br>)<br>) |
| ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention, GTMO | )<br>)<br>) |
|        *Respondents*. | ) |

## NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Petitioner hereby gives notice to all parties that his counsel has filed with the Court a signed *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*. *See* Exhibit 1.

Dated: July 11, 2006

                                        Respectfully submitted,

                                        */s/ Jeffrey L. Ertel*
                                        JEFFREY L. ERTEL (Pursuant to LcvR 83.2(g))
                                        Georgia State Bar No. 249966
                                        FEDERAL DEFENDER'S PROGRAM, INC.
                                        Suite 1700, The Equitable Building
                                        100 Peachtree Street, N.W.
                                        Atlanta, Georgia 30303
                                        Telephone: (404) 688-7530
                                        Facsimile: (404) 688-0768