IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY,<br>    Detainee,<br><br>                *Petitioner*,<br><br>        v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention, GTMO<br><br>                *Respondents*. | NO. 1:05-CV-1239-RJL |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses, the Intelligence Identities Protection Act, 50 U.S.C. § 421, 18 U.S.C. § 641, 50 U.S.C. § 783, 28 C.F.R. § 17 et seq., and Executive Order No. 12958, I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Al Khaiy v. Bush, et al.*, No. 1:05-CV-1239-RJL;

(2) I agree that the Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me;

(3) I have received, read, and understood the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Al Khaiy v. Bush, et al.*, No. 1:05-CV-1239-RJL, and I agree to comply with the provisions thereof.

_____        DATED: 7/10/06
Jeffrey L. Ertel
Attorney for Petitioner Al Khaiy

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Al Khaiy v. Bush, et al.*, No. 1:05-CV-1239-RJL, understand its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information of documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 7/10/06               BY:       Jeffrey L. Ertel
                                       Attorney for Petitioner Al Khaiy

                             SIGNED: _____