IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAHMATTULLAH,<br><br>       Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.,*<br><br>      Respondents. | Civil Action No. 05-CV-878 (CKK) |
| ARKAN MOHAMMAD GHAFIL<br>AL-KARIM<br><br>       Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.,*<br><br>      Respondents. | Civil Action No. 05-CV-998 (RMU) |
| ALI ADEL MOTALEB AWEID<br>AL-KHAIY,<br><br>       Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH,<br>   President of the United States,<br>   *et al.,*<br><br>      Respondents. | Civil Action No. 05-CV-1239 (RJL) |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR
PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE
MATERIALS AND REQUEST FOR EXPEDITED BRIEFING**

Respondents hereby withdraw their July 7, 2006 Motion For Procedures Related To

Review Of Certain Detainee Materials And Request For Expedited Briefing in the above

captioned cases.  Although it has been determined that materials of petitioners in the above-

captioned cases have been impounded for purposes of the ongoing investigation by the Naval

Criminal Investigative Service, counsel for petitioners have represented that they have not

provided petitioners with any attorney-client materials.  Based on this representation from

counsel, and with the concurrence of counsel, respondents hereby withdraw their motion with

respect to the petitioners in the above-captioned cases.


Dated: July 23, 2006                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  DOUGLAS N. LETTER
                                                  Terrorism Litigation Counsel

                                                  /s/ Andrew I. Warden_____
                                                  JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                  VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                  TERRY M. HENRY
                                                  JAMES J. SCHWARTZ
                                                  PREEYA M. NORONHA
                                                  ROBERT J. KATERBERG
                                                  NICHOLAS J. PATTERSON
                                                  ANDREW I. WARDEN (IN Bar No. 23840-49)
                                                  EDWARD H. WHITE
                                                  MARC A. PEREZ
                                                  Attorneys
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  20 Massachusetts Ave., N.W. Room 7144
                                                  Washington, DC 20530

Tel: (202) 514-4107

Attorneys for Respondents