[**ECF FILING CLEARED BY CSO VIA EMAIL**]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY, | ) | |
| | ) | |
| *Petitioner*, | ) | CASE NO. 05-CV-1239 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, et al.. | ) | |
| | ) | |
| *Respondents*. | ) | |

STATUS REPORT

COMES NOW, Petitioner, ALI ADEL MOTALEB AWEID AL KHAIY, by and through undersigned counsel and respectfully files the following status report as ordered during the hearing before the court on July 10, 2008:[1]

**1) Factual History**

Mr. Al-Khaiy is an Arabic speaking Shi'ite from Iraq. He was taken into custody at Mazar-e-Sharif in Afghanistan in late 2001. He arrived in Guantanamo in 2002. At some point, there was a CSRT proceeding in this case. However, because counsel has not been able to see a factual return, counsel does not know the date of this hearing. At some other unknown date, there was an Administrative Review Board proceeding.

On February 22, 2007, counsel was notified that Mr. Al-Khaiy was cleared to be transferred from Guantanamo. The following is the entire text of the communication from an official at the Department of Defense:

---

[1] Undersigned counsel is filing this document two days early because they are visiting clients at Guantanamo from July 16 to July 18, 2008.

> Through either the Administrative Review Board (ARB) process or the process DOD had in place prior to ARBs, your client has been approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure. Accordingly, my prior guidance regarding submission of materials for a 2007 ARB for your client is inapplicable to this detainee; he will not be receiving another ARB proceeding.
>
> As you know, such a decision does not equate to a determination that your client is not an enemy combatant, nor is it a determination that he does not pose a threat to the United States or its allies. I cannot provide you any information regarding when your client may be leaving Guantanamo as his departure is subject to ongoing discussions.

Based on this email, it appears that as a result of the ARB proceeding, Petitioner is approved to be transferred. However, 17 months have past since Petitioner has been approved for transfer and he remains at Guantanamo.

    2)    **Status of Petition and Administrative Issues**

At the moment, this case presents no administrative issues. A protective order has been entered and two counsel for Petitioner have secret security clearance.

There are no duplicate petitions on file and Petitioner is not a "high value detainee." Counsel has no indication that Petitioner will face a Military Commission.

Petitioner does not believe that any stays are in place in this case. There are no pending motions.

    3)    **Factual Return and Discovery**

Respondent has not filed a factual return. Counsel has attempted to contact counsel for Respondent for information about the factual return. The government's response was that its position on factual returns would be revealed in its status report. Because Petitioner does not know what the government intends to file, he is not in a position to make specific representations about discovery. However, since there has been a determination that Petitioner is approved to leave

2

Guantanamo, it appears that Respondents possess some information that is exculpatory. To the extent that this exculpatory information and other documents supporting the approved for transfer finding are not included in the factual return, Petitioner would want to conduct discovery and obtain this information. Similarly, to the extent that the government does not include in the factual return any statements in the government's possession made by or about Mr. Al-Khaiy, Petitioner would seek to conduct discovery to obtain these items.

4) **Common Issues**

This case shares several issues that would be common to all cases. Petitioner sees the following issues as being the same in all cases:

    (a)    What is the burden of proof, and who bears it; and

    (b)    The standard governing the use of hearsay evidence.

In his July 11, 2008 order, Judge Hogan has identified other issues that may be common to all cases. Petitioner believes that those other issues are more appropriate for resolution on a case by case basis.

Respectfully Submitted this the 16th day of July, 2008.

    /s/ *Brian Mendelsohn*
BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 502031
W. MATTHEW DODGE
Georgia State Bar No. 224371

FEDERAL DEFENDER PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Brian_Mendelsohn@fd.org

ATTORNEYS FOR MR. AL-KHAIY