IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY, ) ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, *et al.,* ) ) Respondents. ) ) | Civil Action No. 05-1239 (RJL) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

>JAMES J. SCHWARTZ
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7140
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>202-616-8267

Dated: July 18, 2008        Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

 /s/ James J. Schwartz
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR

TERRY M. HENRY
ANDREW I. WARDEN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-8267
Fax:  (202) 616-8470

Attorneys for Respondents