IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOUMEDIENE v. BUSH | ) | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | ) | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | ) | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | ) | Civil Case No. 05-0573 (RJL) |
| AL KAHAIY v. BUSH | ) | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | ) | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | ) | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | ) | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | ) | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | ) | Civil Case No. 08-1173 (RJL) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

SCOTT M. MARCONDA
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 5130
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
202-305-0169
Scott.Marconda@usdoj.gov

Dated: August 12, 2008              Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

      */s/ Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
PAUL AHERN
SCOTT M. MARCONDA (CA Bar No. 144225)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents