**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BOUMEDIENE, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 04-cv-1166 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| SLITI, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0429 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| KABIR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0431 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| MAMMAR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0573 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| AL KAHAIY, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-1239 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |

|  |  |  |
|---|---|---|
| Respondents | ) | |
| | ) | |
| | ) | |
| AL GINCO, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-1310 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, et al., | ) | |
|     Respondents | ) | |

Respondents                    )
                               )
                               )
AL GINCO,                      )
        Petitioner,            )
        v.                     )    Civil Action No. 05-cv-1310 (RJL)
GEORGE W. BUSH,                )
        President of the United States, )
        et al.,                )
        Respondents            )
                               )
                               )
AL BIHANI,                     )
        Petitioner,            )
        v.                     )    Civil Action No. 05-cv-1312 (RJL)
GEORGE W. BUSH,                )
        President of the United States, )
        et al.,                )
        Respondents            )
                               )
                               )
GHAZY,                         )
        Petitioner,            )
        v.                     )    Civil Action No. 05-cv-2223 (RJL)
GEORGE W. BUSH,                )
        President of the United States, )
        et al.,                )
        Respondents            )
                               )
                               )
RUMI,                          )
        Petitioner,            )
        v.                     )    Civil Action No. 06-cv-0619 (RJL)
GEORGE W. BUSH,                )
        President of the United States, )
        et al.,                )
        Respondents            )
                               )
                               )
OBAYDULLAH,                    )
        Petitioner,            )
        v.                     )    Civil Action No. 08-cv-1173 (RJL)
GEORGE W. BUSH,                )
        President of the United States, )
        et al.,                )
        Respondents            )

_____ )

## ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Government's Motion for Leave to File Excess Pages is hereby GRANTED. Respondents are hereby granted an additional five pages, for a total of 50 pages, for Government's Brief Regarding Preliminary and Procedural Framework Issues, and that document is deemed filed as of August 12, 2008.

Dated:

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE