# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUMEDIENE v. BUSH | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | Civil Case No. 05-0573 (RJL) |
| AL-KHAIY v. BUSH | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | Civil Case No. 08-1173 (RJL) |

**PETITIONERS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Petitioners hereby move the Court for leave to file Petitioners' Joint Reply Memorandum Regarding Habeas Procedures in excess of the twenty-five-page limit provided by Local Civil Rule 7(e).

Petitioners' brief is 30 pages long – five pages over the 25-page limit. Petitioners required additional pages to adequately address the issues enumerated in the Respondent's Brief Regarding Preliminary and Procedural Framework Issues, filed August 12, 2008, which also exceeded the page limit by five pages.

Petitioners conferred with counsel for Respondents by e-mail prior to filing this motion. Respondents did not respond to Petitioners' request seeking consent to file additional pages.

A proposed order is attached.

Dated: August 19, 2008.

Respectfully submitted,

/s/ Richard A. Grigg
Richard A. Grigg
Spivey & Grigg
48 East Avenue
Austin, TX 78701
(512) 474-6061

Counsel for Petitioner Obaydullah in No. 08-1173

/s/ Ramzi Kassem
Ramzi Kassem
Michael J. Wishnie
  Supervising Attorneys
Jennifer Hojaiban
Brian K. Mahanna
Joseph A. Pace
  Law Student Interns
Allard K. Lowenstein International Human Rights Clinic
National Litigation Project
Yale Law School
127 Wall Street
New Haven, CT 06511
(203) 432-0138

Counsel for Petitioner Ameur in No. 05-573

/s/ Billy H. Nolas
Billy H. Nolas, Assistant Federal Defender (admitted)
Maureen Rowley, Chief Federal Defender
Matthew Lawry
Shawn Nolan
Mark Wilson
Brett Sweitzer
Assistant Federal Defenders
Federal Community Defender Office for
The Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Counsel for Petitioner Rumi in No. 06-619

/s/ Allyson J. Portney
Stephen H. Oleskey (admitted pro hac vice)
Robert C. Kirsch (admitted pro hac vice)
Mark C. Fleming (admitted pro hac vice)
Gregory P. Teran (admitted pro hac vice)
Allyson J. Portney (admitted pro hac vice )
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Seth P. Waxman (admitted)
Paul Wolfson (admitted)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6800

Douglas F. Curtis (admitted)
Paul M. Winke (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800

Counsel for Petitioners Boumediene, et al., in No. 04-1166

/s/ Julia C. Symon
Julia C. Symon (DC Bar No. 456828)
Clifford Chance US LLP
2001 K Street NW
Washington, DC  20006
(202) 912-5000

James M. Hosking
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000

Counsel for Petitioners Ghazy, et al. in No. 05-2223

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender
101 SW Main Street  Suite 1700
Portland, Oregon  97204
503-326-2123

*Counsel for Petitioner Al Ginco in No. 05-1310*

/s/ Zachary Katznelson
Zachary Katznelson
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640

*Counsel for Petitioners  Sliti et al. in No. 05-429 and Petitioner Al Shurafa in Kabir in No. 05-0431*

/s/ Shereen J. Charlick
Shereen J. Charlick
Steven F. Hubachek
Ellis M. Johnston, III
Stephen D. Demik
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California  92101-5008
(619) 234-8467

*Counsel for Petitioner Al Bihani in No. 05-1312*

/s/ Brian Mendelsohn
Brian Mendelsohn (Pursuant to LcvR 83.2)
Matthew Dodge
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 688-7530

*Counsel for Petitioner Al-Khaiy in No. 05-1239*

August 19, 2008