## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUMEDIENE v. BUSH | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | Civil Case No. 05-0573 (RJL) |
| AL-KHAIY v. BUSH | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | Civil Case No. 08-1173 (RJL) |

### ORDER GRANTING PETITIONERS'
### MOTION FOR LEAVE TO FILE EXCESS PAGES

Petitioners' Motion for Leave to File Excess Pages is hereby GRANTED. Petitioners are hereby granted an additional five pages, for a total of 30 pages, for Joint Reply Memorandum Regarding Habeas Procedures, and that document is deemed filed as of August 19, 2008.

Dated:

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE