# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUMEDIENE v. BUSH | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | Civil Case No. 05-0573 (RJL) |
| AL-KHAIY v. BUSH | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | Civil Case No. 08-1173 (RJL) |

## DECLARATION OF ROBERT C. KIRSCH

I, Robert C. Kirsch, declare pursuant to 28 U.S.C. § 1746:

1. I am Senior Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts, 02109. My office telephone is (617) 526-6779. I am counsel for Petitioners in 04-cv-1166.

2. I am admitted to the bars of the Commonwealth of Massachusetts and the State of New Hampshire.

3. On August 12, 2008, at 2:58 p.m., my partner Gregory P. Teran sent an e-mail to Nicholas Oldham and Paul Ahern at the United States Department of Justice enclosing a so-called "*Vaughn* Index" of documents identified and Bates-numbered by the Government in a litigation under the Freedom of Information Act, Oleskey v. Dep't of Defense, No. 05-

    10735-RGS (D. Mass). Mr. Teran's e-mail and the attached index is attached as Exhibit A.

4. In his e-mail, Mr. Teran asked the Government to produce the documents listed on the *Vaughn* Index to security-cleared counsel at the Secure Facility no later than August 22, 2008.

5. On August 14, 2008, at 9:43 a.m., Mr. Teran sent a second e-mail to Nicholas Oldham and Terry Henry at the Department of Justice. Mr. Teran's second e-mail is attached as Exhibit B.

6. Mr. Teran's second e-mail asked the Government to confirm that, pursuant to its the representation voluntary agreement as stated in its brief dated August 12, it would review the documents reflected on the *Vaughn* Index and produce any exculpatory information therein. Mr. Teran reiterated the request that the *Vaughn* Index materials be produced to counsel at the Secure Facility no later than August 22, 2008. Mr. Teran requested that the Government respond no later than close of business on August 18, 2008.

7. On August 12, 2008, at 6:00 a.m., I sent an e-mail to Nicholas Oldham, Judry Subar, Terry Henry, Andrew Warden, and Paul Ahern at the Department of Justice requesting, inter alia, that the Government stipulate to certain facts in order to avoid the need to establish them through discovery. I inquired whether the Government would stipulate that (1) the arrest of five of our clients by Bosnian authorities in 2001 was caused solely by the demand of the United States, and (2) the hand over of our six clients in 2002 resulted from demands of the United States, including communications by U.S. military personnel that they use all available means, including the use of force, if the Bosnian government did not turn over the six to the U.S. This e-mail is attached as Exhibit C.

8. On August 18, 2008, at 12:00 a.m., Nicholas Oldham responded to both Mr. Teran's e-mails of August 12 and 14, and my e-mail of August 12, 2008. Mr. Oldham wrote that the Government would not agree to the stipulations proposed in my August 12, 2008 e-mail. Further, Mr. Oldham wrote that with respect to the FOIA documents the Government's position regarding its preparation of factual returns and production of exculpatory materials was contained in the briefs the Government filed with Judge Leon and Judge Hogan. Mr. Oldham's e-mail is attached as Exhibit D.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on August 19, 2008.

      /s/ Robert C. Kirsch
Robert C. Kirsch
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000