# EXHIBIT B

## Kirsch, Rob

| | |
|---|---|
| **From:** | Teran, Gregory |
| **Sent:** | Thursday, August 14, 2008 9:43 AM |
| **To:** | 'Oldham Nicholas (Nicholas.Oldham@usdoj.gov)'; 'terry.henry@usdoj.gov' |
| **Cc:** | Oleskey, Stephen; Fleming, Mark; Wolfson, Paul; Winke, Paul; Kirsch, Rob |
| **Subject:** | Boumediene 04-1166 - FOIA documents |

Nick and Terry:

Further to our email correspondence on Tuesday, August 12, please confirm whether the Government will review and produce exculpatory information from the *Vaughn*-indexed documents in the FOIA litigation identified in the attachment to my email of August 12, and if so, provide a date on which the Government intends to make such production.

If the Government does not intend to review those documents for exculpatory information, please confirm that the documents will be produced by August 22 in the secure facility, so that petitioners' counsel may review them for exculpatory information.

We request a response by close of business Monday, August 18, so that we may take the Government's response into consideration in preparing our responsive brief on procedural issues. Please copy Rob Kirsch and Mark Fleming on the Government's response.

Thanks,
Greg

Gregory P. Teran
WilmerHale
60 State Street
Boston, MA 02109 USA
617-526-6574 (t)
617-526-5000 (f)
gregory.teran@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately -- by replying to this message or by sending an email to postmaster@wilmerhale.com -- and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.