# EXHIBIT D

## Kirsch, Rob

| | |
|---|---|
| **From:** | Oldham, Nicholas (CIV) [Nicholas.Oldham@usdoj.gov] |
| **Sent:** | Monday, August 18, 2008 12:00 AM |
| **To:** | Kirsch, Rob |
| **Cc:** | Oleskey, Stephen; Teran, Gregory; Henry, Terry (CIV); Ahern, Paul (CIV) |
| **Subject:** | Boumediene |

Rob –

I am responding to all four of your email requests from last week.

First, at this time, the Government will not agree to the stipulation you proposed in your August 12, 2008 email.

Second, with respect to Greg's August 14, 2008 email regarding the FOIA documents, the Government's position regarding its preparation of factual returns and production of exculpatory materials is contained in the briefs it has filed in Judge Leon's and Judge Hogan's cases.

Third, with respect to your August 14, 2008 email regarding the production of amended factual returns, the Government is not in a position to accommodate your request. As you know, the Government is preparing over sixty factual returns due by the end of August and is focusing all of its resources on that task. In addition, I understand that the secured facility has copiers that you can use to make as many copies you believe are necessary.

Finally, with respect to your various emails regarding logistical issues, we are raising these matters with DoD, which is considering your requests. At this time, I can respond to a few of the issues. I understand from DoD that there is a person at GTMO who would likely be in a position to process counsel notes. Please be aware that this person might not be able to process the notes at the speed you desire, and the person can only work with English documents because he does not have a translator. In addition, as you know, once we authorize the CSOs to provide a security clearance application to counsel, the processing proceeds independent of our office and we do not control the speed of that processing.

Best regards,
Nick

Nicholas A. Oldham
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
20 Massachusetts Ave., N.W., Rm. 7204
Washington, DC 20530
Tel: (202) 514-3367

8/19/2008

Fax: (202) 616-8470
nicholas.oldham@usdoj.gov

*The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.*

8/19/2008