| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 8428 | Deny in Full | 6/20/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8429 | Deny in Full | 7/4/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8430 | Deny in Full | 7/5/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8431 | Deny in Full | 7/7/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8432 | Deny in Full | 7/14/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8433 | Deny in Full | 7/23/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8434 | Deny in Full | 7/25/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 8435 | Deny in Full | 9/6/2002 | JAC | Situation report | SECRET/NOFORN Report of investigative activities reference ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |
| 08436-08448 | Deny in Full | 5/20/2002 | CJTF-170 | Information Report | SECRET/NOFORN Report of interview with ISN 10005. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that wo |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 08481-08491 | Deny in Full | 3/28/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08492-08495 | Deny in Full | 2/28/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08496-08498 | Deny in Full | 3/28/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08499-08504 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08505-08521 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08522-08535 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08536-08550 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08551-08564 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08565-08567 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 08568-08587 | Deny in Full | 3/29/2002 | JTF-170 | Information Report | SECRET Report of interview with ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 08625-08626 | Deny in Full | UNK | JAC | List of detainees | SECRET/NOFORN List of reports, associations and activities referencing ISN 10001, ISN 10003 and ISN 10005.B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies |
| 08627-08628 | Deny in Full | UNK | JAC | Information report | SECRET/NOFORN Report of discussions regarding the status of detainees referencing ISN 10001, ISN 10002, ISN 10003, ISN 10004, ISN 10005 and ISN 10006. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1 |
| 9012 | Deny in Full | 4/4/2005 | JAC | Email | SECRET Exchange of information regarding ISN 10002. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information tha |
| 09013-09015 | Deny in Full | 2/22/2005 | JAC | Email | SECRET Exchange of information regarding ISN 10001 and ISN 10004. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for inf |
| 09067-09068 | Deny in Full | 6/11/2004 | JAC | Background information | SECRET/NOFORN Background paper on ISN 10002. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would r |
| 9069 | Deny in Full | 8/23/2005 | JAC | Information report | SECRET/NOFORN Information report regarding ISN 10002. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information th |
| 9072 | Deny in Full | 8/29/2005 | JAC | Information report | SECRET/NOFORN Information report regarding ISN 10002. (b)(1)1.4c/(b)(2)/(b)(6). B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and |
| 09073-09074 | Deny in Full | UNK | JAC | Information report | SECRET/NOFORN Information report regarding ISN 10005. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information th |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9077 | Deny in Full | 12/3/2002 | JAC | Information report | SECRET/NOFORN Background information on ISN 10005. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that w |
| | | | | **GC Documents** | |
| 09149-09150 | Deny in Full | 01/17/02 | USD Policy | Memorandum | SECRET. Draft memorandum to Secretary of Defense concerning requestors. State: (b)(1), 1.4(a), (b), (c), (d); (b)(5). See Taitt Declaration. ODA: (b)(5), (b)(6). JS: See Strickland Declaration, Exhibit D to Declaration of John Taitt. See Stimson De |
| 09156-09157 | Deny in Full | 01/22/02 | OGA | Summary of Known Information Regarding Algerian Detainees | SECRET. Tab B to package at 09155. ODA: (b)(1), 1.4(c). OGA: (b)(1) 1, 4(c). See Taitt Declaration. Joint Staff: (b)(1), 1.4(a), (c). See Coble Declaration. |
| 09163-09164 | Deny in Full | 1/7/2004 | State | Memorandum | SECRET. Memorandum regarding foreign government communications about detainees. (b)(1), 1.4(b), (c), (d); (b)(5). Joint Staff: See Ritchie Declaration. |
| 09165-09167 | Deny in Full | 05/19/04 | GC | E-mail with draft memorandum | SECRET. GC edits to draft memorandum from Assistant Secretary of Defense, SOLIC to Secretary of Defense concerning foreign government communications. Also contains marked-up draft of message at 09168.   ODA: (b)(1), 1.4(b), (d); (b)(5); (b)(6). See St |
| 9168 | Deny in Full | 05/19/04 | OSD Policy | Memorandum | SECRET. Memorandum for Executive Secretary of the Department of State concerning USG communication with foreign government. ODA: (b)(1), 1.4(b), (d); (b)(6). See Stimson Declaration. |
| 09171-09175 | Partial | 01/17/02 | CJCS | Joint Staff package concerning transport of requesters | SECRET. Messages and orders concerning transport of detainees. (b)(1), 1.4(a), (b)(6). See Strickland Declaration, Exhibit D to Declaration of John Taitt. |
| 09199-09202 | Deny in Full | 10/25/02 | State | E-mail forwarding draft Telegram | CONFIDENTIAL. E-mail and Draft Telegram concerning Bosnian Human Rights Chamber decision regarding Algerians. Same document found at Bates 09117-09118 and same withholding reasons apply.  Final version of Telegram denied in full at Bates 09219-09220.   S |
| 09213-09214 | Deny in Full | 07/04/04 | State | E-mail with imbedded Telegram concerning diplomatic exchange with foreign government. | CONFIDENTIAL. Communications between foreign government and U.S. concerning requestors. GC: (b)(6). State: (b)(1), 1.4(b), (c), (d).  See Taitt Declaration. |
| 09219-09220 | Deny in Full | 11/20/02 | DoD | E-mail concerning Decision of BIH Human Rights Chamber | CONFIDENTIAL. Instructions and Talking Points concerning meeting with foreign government representative. State: (b)(1) 1.4(d); (b)(6). See Taitt Declaration. |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 09221-09226 | Deny in Full | 05/10/02 | DoD GC, State, OSD Policy | E-mail string and Telegram | SECRET. E-mail string between DoD General Counsel, OSD Policy, JTF-GTMO, and State concerning potential response to foreign government regarding detainees. Contains Telegram denied in full at Bates 9111. GTMO: (b)(1), 1.4(a) concerning military operat |
| 09227-09228 | Deny in Full | 08/17/04 | State | E-mail containing Telegram | SECRET/NOFORN. E-mail forwarding Telegram concerning foreign government request regarding detainees. DOS: (b)(1) 1.4(b), (d). See Taitt Declaration. |
| 09233-09238 | Deny in Full | 10/21/02 | DoD GC, State | E-mail string | SECRET. E-mail exchange between State and GC regarding Telegram (Telegram denied in full by State at Bates 09081- 09083). GC: (b)(6). See Taitt Declaration. ODA: (b) (b)(5), (b)(6). See Stimson Declaration. |
| 09244-09247 | Deny in Full | 04/01/03 | OSD Policy, GTMO, DoD GC | E-mail string | SECRET. Request to SOUTHCOM on update on Algerians for response to embassy inquiry. (b)(1), 1.4(c), b(2), (b)(5), (b)(6) GTMO: (b)(1) 1.4(a) concerning military operations; (b)(1) 1.4(d) concerning diplomatic exchanges between the U.S. and a foreign g |
| 09250-09251 | Deny in Full | 09/16/05 | DoD GC, OSD Policy | E-mail with attached Response to inquiry by Senator Jeffords | SECRET. E-mail with draft letter to Senator Jeffords from Deputy Assistant Secretary (Detainee Affairs). GC: (b)(5), (b)(6). See Taitt Declaration. ODA: (b)(1), 1.4(b), (d); (b)(5). See Stimson Declaration. |
| 09252-09258 | Deny in Full | 01/24/05 | DOJ, JTF GTMO SJA | E-mail | UNCLASSIFIED. E-mail concerning proposed responses to various habeas counsel on issues related to the habeas litigation. Includes discussion of proposed response to requesters' counsel. GC: (b)(5), (b)(6). See Taitt Declaration. |
| | | | | **JAC documents** | |
| 09260-09262 | Deny in Full | 9/1/2001 | JAC | Case study | SECRET/NOFORN Case study on ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would reveal |
| 9263 | Deny in Full | 12/6/2001 | JAC | Information report | SECRET Information report referencing ISN 10002. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that wou |
| 9264 | Deny in Full | 10/1/2001 | JAC | Case study | SECRET/NOFORN Case study referencing ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that wou |
| 09265-09270 | Deny in Full | UNK | JAC | Terrorist overview in BIH | SECRET/NOFORN Overview of terrorist activity and associations in BIH. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 09271-09273 | Deny in Full | 6/2/2004 | JAC | Information report | SECRET/NOFORN Report of non-government organizations and related activities in the Balkans referencing ISN 10001, ISN 10002, ISN 10004. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) |
| 09275-09282(a | Deny in Full | 5/20/2002 | JTF-GITMO | Information report | SECRET Report of interview with ISN 10005. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that would rev |
| 09363-09402 | Deny in Full | 3/24/2006 | JAC | List of items from ISN 10002 | SECRET/NOFORN List of items acquired from ISN 10002. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that |
| 9403 | Deny in Full | 3/24/2006 | JAC | List of items from ISN 10005 | SECRET/NOFORN List of items acquired from ISN 10005. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that |
| 09406-09412 | Deny in Full | UNK | JAC | List of items from ISN 10001 | SECRET/NOFORN List of items acquired from ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information that |
| 09420-09426 | Deny in Full | UNK | UNK | Information report | SECRET/NOFORN Analysis of items recovered from ISN 10001.B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1.4(c) concerning intelligence levies, source questions, and requests for information |
| | | | | **GC docs referred to State** | |
| 09543-09545 | Deny in Full | 08/27/04 | State | E-mail and Telegram | SBU NOFORN. Communications between foreign government and U.S. concerning requestors. GC: (b)(6). State: (b)(1), 1.4(b), (c), (d). See Taitt Declaration. |
| | | | | **JAC documents** | |
| 9553 | Deny in Full | UNK | JAC | Document that shows Belkacem's associations | SECRET. Document shows Belkacem's contacts. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1). |
| 9554 | Deny in Full | UNK | JAC | Document that shows other detainees information | SECRET/REL to USA and NATO. Document shows Belkacem and Lahmar association with another detainee B(1) 1.4(a) concerning camp and cell numbers as this relates to JTF GTMO operations. (1.2(a)); B(1) 1.4(c) concerning intelligence information obtained that w |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9555-9556 | Deny in Full | UNK | JAC | Document that shows Hadj's contacts | TOP SECRET. Document shows contacts of Hadj. (B)(1), 1.4(c) concerning Intelligence Information obtained that would reveal intelligence activities (J1.1). B(1)1.4(c). B(101.4(d) concerning diplomatic exchanges between the U.S. and a foreign government con |
| 9557-9565 | Deny in Full | UNK | JAC | information obtained from a Foreign Government | SECRET. Documents shows Hadjs information with a Foreign Government analysis. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1). B(1) 1.4(c) concerning a source and information obtained from a source |
| 9566-9569 | Deny in Full | 5/12/2002 | JAC | Email- Questions to be posed to GTMO Detainees | SECRET. Document pertains to Source directed Questions to be levied against GTMO Detainees. ((B)(1), 1.4(c) concerning Intelligence Information obtained that would reveal intelligence activities (J1.1). |
| 9570-9574 | Deny in Full | 2/4/2003 | JAC | Email. JAC CT/Terror Production | TOP SECRET. Document shows Interrogation Strategies. (B)(1), 1.4(c) concerning Intelligence Information obtained that would reveal intelligence activities (J1.1). |
| 9575 | Deny in Full | UNK | JAC | Document. Belkacem association chart | SECRET. Document shows Belkacem's contacts and phone numbers. (B)(1), 1.4(c) concerning Intelligence Information obtained that would reveal intelligence activities (J1.1).. B(1) 1.4(c) concerning a source and information obtained from a source (J1.2). B(1 |
| 9576-9583 | Deny in Full | UNK | JAC | Intelligence summary | SECRET. Document is compendium of reporting on Idir. (B)(1), 1.4(c) concerning Intelligence Information obtained that would reveal intelligence activities (J1.1). B(1) 1.4(c) concerning a source and information obtained from a source (J1.2). B(1) 1.4(c) c |
| 9602-9607 | Deny in Full | 2/13/2002 | JAC | Terrorist profile | SECRET/NOFORN. Terrorist Profile on 10002 Lahmar. (B)(1), 1.4(c) concerning Intelligence Information obtained that would reveal intelligence activities (J1.1). |
| 09612-09621 | Deny in Full | UNK | JAC | Spreadsheet | SECRET/NOFORN Spreadsheet listing names, numbers and messages related to ISN 10001, ISN 10002, ISN 10003, ISN 10004, ISN 10005 and ISN 10006.B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); B(1) 1 |
| | | | | **Documents referred to EUCOM and re-referred to INSCOM** | |
| 09683-09684 | Deny in Full | 12/5/2001 | ARMY INSCOM | Prison detention has two Arab prisoners | CONFIDENTIAL. Information about Arab prisoners. (b)(1)1.4c/(b)(2)/(b)(6). INSCOM: (b)(1) 1.4c (b)(2); (b)(6)   see Declaration by Susan Butterfield. |
| 09685-09686 | Deny in Full | 11/27/2001 | ARMY INSCOM | Three suspected terrorists arrested including Balkacem and Lahmar | CONFIDENTIAL. Information concerning arrests of individuals on suspicion of involvement with terrorist activities. B(1), 1.4(c)/B(2)/B(6) INSCOM: (b)(1) 1.4c; (b)(2); (b)(6) see Declaration by Susan Butterfield. |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 09687-09688 | Deny in Full | 12/19/2001 | ARMY INSCOM | Bosnian Federal MUP Raid Global Relief Foundation Offices | SECRET. Information concerning raid of NGO office by Bosnian authorities. B(1), 1.4(c), B(2), B(6) INSCOM: (b)(1) 1.4c; (b)(2), (b)(6) see Butterfields Declaration |
| 09689-09690 | Deny in Full | 11/18/2001 | ARMY INSCOM | Foreign and Domestic Mujahadeen in Bosnia and Herzegovina | SECRET. Information concerning raid of NGO office by Bosnian authorities. B(1), 1.4(c), B(2), B(6) INSCOM: (b)(1) 1.4c; (b)(2), (b)(6) see Butterfields Declaration |
| 09689-09690 | Deny in Full | 11/18/2001 | ARMY INSCOM | Foreign and Domestic Mujahadeen in Bosnia and Herzegovina | SECRET. Information concerning raid of NGO office by Bosnian authorities. B(1), 1.4(c), B(2), B(6) INSCOM: (b)(1) 1.4c; (b)(2), (b)(6) see Butterfields's OGA: B(1), 1.4(c) on responsive paragraph relating to a requestor. |
|  |  |  | USNIC | JAC documents referred to USNIC |  |
| 09806-09810 | Deny in Full | 2/16/2002 |  | Detainee Dossier | TOP SECRET Detainee information package on ISN 10001. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (J1.1); (J1.3); B(1) 1.4(d) concerning diplomatic exchanges between the U.S. and a foreign government |
|  |  |  |  | GTMO and DIA documents referred to OGA |  |
| 9865-9866 | Deny in Full | 2/28/1998 | CIA | Information message concerning the activities of Lahmar | SECRET/NOFORN. Information provided by confidential source. . (b)(1) 1.4(c). See Declaration of John Taitt |
| 9867-9868 | Deny in Full | 2/24/1998 | CIA | Information message concerning the activities of Lahmar | SECRET/NOFORN. Information provided by confidential source. . (b)(1) 1.4(c). See Declaration of John Taitt |
| 9869-9871 | Deny in Full | 1/23/2003 | CIA | Information message concerning the activities of Lahmar | SECRET/NOFORN. Information provided by confidential source. . (b)(1) 1.4(c). See Declaration of John Taitt |
| 9872-9876 | Deny in Full | 2/4/2002 | CIA | information message concerning contacts of an extremist not requesters) | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9877-9878 | Deny in Full | 2/15/2002 | CIA | information message concerning contacts of an extremist not requesters) | SECRET/NOFORN. Information provided by confidential source. . (b)(1) 1.4(c). See Declaration of John Taitt |
| 9879-9882 | Deny in Full | 3/10/2004 | CIA | information message concerning senior leaders within the Bosnia | SECRET/NOFORN. Information provided by confidential source. . (b)(1) 1.4(c). See Declaration of John Taitt |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9883-9884 | Deny in Full | 11/6/2001 | CIA | Information message concerning Suspected Algerian Terrorists in Bosnia | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9885-9886 | Deny in Full | 2/24/1998 | CIA | Information message concerning the activities of Lahmar | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9887-9892 | Deny in Full | 2/23/2005 | CIA | Information message concerning Islamic extremists with connections to Italy | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9893-9894 | Deny in Full | 11/14/2002 | CIA | Information message pertaining to Belkacem's activities in Bosnia | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9895-9897 | Deny in Full | 11/13/2001 | CIA | Information message pertaining to Belkacem's activities in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9898-9899 | Deny in Full | 10/2/2001 | CIA | Information message pertaining to Belkacem's activities in Bosnia | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9900-9903 | Deny in Full | 10/1/2001 | CIA | Information message pertaining to NGO's financial aid to Mujahedin in Bosnia and Lahmar's affiliation to the NGO | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9904-9905 | Deny in Full | 10/22/2001 | CIA | Information message pertaining to contacts of Lahmar | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt | (b)(1) 1.4(c). |
| 9906 | Deny in Full | 10/22/2001 | CIA | Information message pertaining to information on the arrest of the requesters in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt | (b)(1) 1.4(c). |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9907-9908 | Deny in Full | 10/22/2001 | CIA | Information message pertaining to information found on Lahmar when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9909-9912 | Deny in Full | 10/20/2001 | CIA | Information message pertaining to information found on Lahmar when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9913-9916 | Deny in Full | 10/20/2001 | CIA | Information message pertaining to information found on Lahmar when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9917-9918 | Deny in Full | 2/24/1998 | CIA | Information message pertaining to statements made by Lahmar | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9919-9922 | Deny in Full | 11/2/2001 | CIA | Information message pertaining to information found on Nechle when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9923-9926 | Deny in Full | 11/2/2001 | CIA | Information message pertaining to information found on Nechle when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9927-9928 | Deny in Full | 12/10/2002 | CIA | information message concerning contacts of Lahmar | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9929-9932 | Deny in Full | 3/3/2004 | CIA | Information message concerning the activities of Lahmar | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9933-9936 | Deny in Full | 7/23/2002 | CIA | Information message concerning contacts of Belkacem | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9937-9939 | Deny in Full | 10/8/2002 | CIA | Information message concerning contacts of Belkacem | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9940-9941 | Deny in Full | 12/14/200 | CIA | Information message concerning activities of Lahmar | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9942-9943 | Deny in Full | 10/26/2001 | CIA | Information message concerning the arrests of Lahmar and Belkacem in Bosnia | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9944-9946 | Deny in Full | 3/4/2002 | OGA | Information message concerning the interrogation of Lahmar at GTMO | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9947-9950 | Deny in Full | 2/25/2002 | OGA | Information message concerning the treatment of detainees at GTMO (No names are reported) | SECRET/NOFORN. Information provided by confidential source. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9951-9952 | Deny in Full | 4/1/2005 | OGA | Information concerning the arrests of the requesters in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9953-9954 | Deny in Full | 2/10/2005 | OGA | Information concerning the arrests of the requesters in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |
| 9955-9957 | Deny in Full | 4/2/2002 | OGA | information message concerning the interrogation of Belkacem at GTMO | SECRET/NOFORN. Message gives details of the interrogation of Belkacem at GTMO. B(1) 1.4(b)(c) |
| 9958-9962 | Deny in Full | 10/16/2001 | OGA | Information message pertaining to information found on Belkacem when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. (b)(1) 1.4(c). See Declaration of John Taitt |

| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9963-9964 | Deny in Full | 1/19/2002 | OGA | Information message pertaining to the investigation of the requesters in Bosnia | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt. (b)(1) 1.4(c). |
| 9965-9969 | Deny in Full | 10/25/2001 | OGA | Information message pertaining to information found on Idir when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt (b)(1) 1.4(c). |
| 9970-9971 | Deny in Full | 10/26/2001 | OGA | Information message pertaining to the reaction to the arrests of the requesters in Bosnia | SECRET/NOFORN. Information provided by confidential source. See Declaration of John Taitt. (b)(1) 1.4(c). |
| 9972-9978 | Deny in Full | 10/30/2001 | OGA | Information message pertaining to information found on Idir when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt (b)(1) 1.4(c). |
| 9979-9982 | Deny in Full | 10/31/2001 | OGA | Information message pertaining to information found on Boudella when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt (b)(1) 1.4(c). |
| 9983-9987 | Deny in Full | 10/31/2001 | OGA | Information message pertaining to information found on Boumediene when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt (b)(1) 1.4(c). |
| 9988-9997 | Deny in Full | 11/1/2001 | OGA | Information message pertaining to information found on Boumediene when he was arrested in Bosnia | SECRET/NOFORN. Information provided by Foreign government. See Declaration of John Taitt (b)(1) 1.4(c). |


| Bates # | Release | Date | Originator | Subject | Classification/Description/Exemption |
|---|---|---|---|---|---|
| 9998 | Deny in Full | 3/25/2005 | OGA | Information message concerning contacts of Belkacem | SECRET/NOFORN. Information provided by confidential source. . (b)(1) 1.4(c). See Declaration of John Taitt |
| | | | | **GC documents** | |
| 10053-10056 | Deny in Full | 01/18/02 | State | Telegram | SECRET. Telegram discussing requestors. Joint Staff: (b)(1), 1.4(a), (c). See Coble Declaration. ODA (b)(1) 1.4(b), (d). See Stimson Declaration. |
| 10066-10069 | Deny in Full | 2/7/2002 | JTF GTMO | Knowledgeability Brief | SECRET/NOFORN. Boumedine - knowledge concerning an organization. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (G 1.1); B(1) 1.4(c) concerning a source and information obtained from a source(G1.2); |
| 10072 | Partial | 5/13/2004 | JTF GTMO | Summary Interrogation Report | SECRET/NOFORN. Interview of Lahkdar Nechle . B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (G 1.1); B(1) 1.4(c) concerning a source and information obtained from a source(G1.2); B(2)(high) on non-num |
| 10073-10074 | Partial | 1/17/2004 | JTF GTMO | Memo- Multiple Sources | SECRET/NOFORN. Review of status of Nechle. B(1) 1.4(c) concerning intelligence information obtained that would reveal intelligence activities (G 1.1); B(1) 1.4(c) concerning a source and information obtained from a source(G1.2); B(2)(high) on non-nume |
| 10077 | Partial | 2/6/2002 | JTF-GTMO | Knicker Knowledgeability Brief | SECRET. Background and biographic data on ISN 10001. B(1) 1.4(c) concerning information that would reveal methods and intelligence activities (G1.3); B(1)(1.4)(c) concerning analyst comments and insights concerning intelligence gathered and possible app |
| 10078-10080 | Deny in Full | 5/21/2002 | JTF-GTMO | Situation report | SECRET. Summaries of Al-Haryman related interrogations. (1) 1.4(c) concerning a source and information obtained from a source(G1.2); B(2) (high) on non-numeric portion of ISN (G2.1); B(2) (high) concerning information internal to the USG (G2.3); B(6) Na |
| | | | | **GC Documents** | |
| 10098-10099 | Deny in Full | 1/18/2002 | DOD GC | Memorandum | SECRET. Communication to DoD GC from OGA concerning requestors. (b)(1), 1.4(b), (c), (b)(5). See Taitt Declaration concerning OGA. |
| | | | | **JAC Document referred to GTMO** | |
| 10107-10109 | Deny in Full | UNK | JTF-GTMO | Intelligence Report | TOP SECRET. Interviews of the requestors concerning an organization. B(1) 1.4(c) concerning a source and information obtained from a source(G1.2); B(2) (high) on non-numeric portion of ISN (G2.1); B(1)(1.4)(c) concerning analyst comments and insights con |